NO._____

## DOMINICK LOWE, Relator

### v.

## Judge of the 232nd District Court Harris County, Respondent

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS AT AUSTIN

IN RE:

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 05 2015

Abel Acosta, Clerk

## DOMINICK LOWE ARTICLE 11.07 PROCEEDING

Original Proceeding from the 232nd Judicial District Court,

Harris County, Texas **Cause No. 1226453-A**

## MOTION FOR LEAVE TO FILE WRIT OF MANDAMUS

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

NOW COMES Dominick Lowe, Relator, in accordance with Rules of

Texas Rules of Appellate Procedure 72.1 and Pursuant to Article 11.07, Sec.

3(c) of the Texas Code of Criminal Procedure and files this motion for leave

to file petition for writ of mandamus, and, in support thereof, presents the

following:

1. The Real Party in Interest, Dominick Lowe, filed an 11.07 application

   for a writ of habeas corpus in the convicting court on November 7,

   2012.

2. More than 35 days have elapsed since the filing date and a *timely*

order designating issues has not been entered. The application also has not been forwarded to the Court of Criminal Appeals.

3. Relator is entitled to extraordinary relief before this court because of Respondent's untimely processing of my 11.07 writ application. The Judge has no authority to continue to hold Relator's application for writ of habeas corpus filed November 7, 2012.

4. Article 11.07 does not authorize the trial court to extend the time limitations imposed by the statute, other than by a timely entry of an order designating issues. McCree v. Hampton, 824 S.W.2d 578,579 (Tex. Crim. App.1992).

5. The 11.07 application for writ of habeas corpus also contained a CD disk of the trial transcript and a CD disk of the involuntary custodial confession (**State exhibit no. 1**). That would also need a court order to forward.

6. My 11.07 writ application is currently **inactive** with no future events. failure to grant relief gives the state the green light to let my application rest at idle in violation of my 14th Amendment Rights of The United States Constitution.

## *NEW INFORMATION*

7. The 232nd District Court of Harris County entered an *order designating issues* and a *order not to forward* my 11.07 application for writ of habeas corpus to The Court of Criminal Appeals on **January 31, 2013**.

WHEREFORE, Dominick Lowe prays that this Court will grant motion for leave to file his petition for writ of mandamus, and for such other relief to which Relator is entitled, either at law or in equity. I am currently in the **Prison Mental Retard Offender Program** and will not object if this court appoints counsel to assist me with my writ since I have been repeatedly run over and taken advantage of by the Texas Judicial System! Please order the Harris County judge to forward my 11.07 application, related records and custodial confession to the Court of Criminal Appeals. Note this is a new writ contains new respondent and new issues. **Writ on hold for over two years issue**. Not abuse! (See No. WR-79,520-01 In RE Jason Arlan Barnes, Relator)

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of this Motion for Emergency

Relief has been served as indicated below to the following counsel of record

and district clerk on this **2nd** day of February 2015. Mailed certified mail.

Chris Daniel, District Clerk
Harris County, Texas
1201 Franklin
Houston, Texas 77002

Joshua Reiss
Assistant District Attorney
1201 Franklin, Suite 600
Houston, TX 77002

Judge Marylou keel                              Respectfully submitted,
232nd District Court Trial Judge                Dominick Lowe
1201 Franklin (16th floor)                      #1679134
Houston, TX 77002                               379 FM 2972
                                                Rusk, TX 75785

X _Dominick Lowe_
Dominick Lowe#01679134
Hodge Unit
379 FM 2972
Rusk, TX 75785



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-79,520-01

### IN RE JASON ARLAN BARNES, Relator

## ON APPLICATION FOR A WRIT OF MANDAMUS
## CAUSE NO. 09-12-11844-CR IN THE 221ˢᵗ DISTRICT COURT
## FROM MONTGOMERY COUNTY

*Per curiam.*

## ORDER

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant

to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of

habeas corpus in the 221ˢᵗ District Court of Montgomery County, that more than 35 days have

elapsed, and that the application has not yet been forwarded to this Court. Relator contends that the

district court entered an order designating issues on June 5, 2011.

Respondent, the Judge of the 221ˢᵗ District Court of Montgomery County, shall file a

response with this Court by having the District Clerk submit the record on such habeas corpus

application. In the alternative, Respondent may resolve the issues set out in the order designating

issues and then have the District Clerk submit the record on such application. In either case,

Respondent's answer shall be submitted within 30 days of the date of this order. This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted his response.

Filed: June 5, 2013
Do not publish

## Card 1 (top)

■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Chris Daniel district Clerk
1201 Franklin
Houston TX 77002

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7011 0110 0002 3789 3117

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

## Card 2 (bottom left)

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                      ☐ Agent
                                       ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Judge Keel
232nd district court
16th Floor
1201 Franklin
Houston TX 77002

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7011 0110 0002 3789 3094

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

## Card 3 (right side)

Joshua Reiss
Assistant district Attorney
1201 Franklin Suite 600
Houston TX 77002

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7011 0110 0002 3789 3124

Chris Daniel district Clerk
1201 Franklin
Houston Tx 77002

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)  7011 0110 0002 3789 3117

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Judge Keel
232nd district court
16th Floor
1201 Franklin
Houston Tx 77002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)  7011 0110 0002 3789 3094

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joshua Reiss
Assistant district Attorney
1201 Franklin Suite 600
Houston, TX 77002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes